The People of the State of New York ex rel. Howard Glenn Blake, Alleged to be Larry W. Barnett, Appellant, v George E. Pataki, as Governor of the State of New York, Respondent.

Submitted November 19, 2012; decided January 8, 2013

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the proceeding within the meaning of the Constitution.

Princetel, LLC, Appellant, v Christopher M. Buckley et al., Respondents.

Submitted November 26, 2012; decided January 8, 2013

Motion for leave to appeal dismissed upon the ground that the orders sought to be appealed from do not finally determine the action within the meaning of the Constitution.

In the Matter of Sonya Shapiro et al., Appellants, v Town of Ramapo et al., Respondents.

Submitted November 19, 2012; decided January 8, 2013

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the proceeding within the meaning of the Constitution.

In the Matter of Elbert Welch, Appellant, v Charles J. Hannigan, Former Niagara County Court Judge, et al., Respondents.

Submitted October 29, 2012; decided January 8, 2013

On the Court's own motion, appeal dismissed, without costs, upon the ground that no substantial constitutional question is directly involved. Motion for leave to appeal denied. Motion for poor person relief dismissed as academic.